## DELLA FULWOOD v. STATE OF FLORIDA

12 So. (2nd) 772        January Term, 1943
April 6, 1943           Division A

*Frank F. L'Engle* and *Thomas M. Linton,* for appellant.

*J. Tom Watson,* Attorney General, and *Woodrow M. Melvin,* Assistant Attorney General, for appellee.

PER CURIAM:

This appeal is from a conviction of murder in the second degree and questions only the sufficiency of the evidence. We find the evidence ample to sustain the verdict, hence the judgment is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.